STATE of Missouri, Respondent,

v.

**Timothy Wayne ROBERTON, Sr., Appellant.**

**WD 79218**

Missouri Court of Appeals, Western District.

ORDER FILED: AUGUST 29, 2017

Robert J. Bartholomew, Jr., Jefferson City, MO, Counsel for Respondent.

Samuel E. Buffaloe, Columbia, MO, Counsel for Appellant.

Before Division Three: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge, Cynthia L. Martin, Judge

## ORDER

Per Curiam:

Timothy Wayne Roberton, Sr., appeals the circuit court's judgment entered upon a jury verdict convicting him of driving while intoxicated pursuant to Section 577.010, RSMo. Cum. Supp. 2014. We affirm. Rule 30.25(b).